UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> DOES 1-22, ) <br> ) <br> Defendant(s). ) <br> _____) | Case No. 2:17-cv-00126-JCM-NJK <br><br> ORDER |

Pending before the Court is Plaintiff's *ex parte* motion for leave to take discovery. Docket No. 3. The Federal Rules of Civil Procedure were amended effective December 1, 2015. The Local Rules were amended effective May 1, 2016. The pending motion relies upon previous versions of both rules. *See, e.g.*, Docket No. 3 at 1 (quoting no-longer existent Local Rule 7-5); *id.* at 3 (quoting language that has been excised from Rule 26(b) of the Federal Rules of Civil Procedure).[1] Accordingly, the pending motion is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: January 24, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The 2015 amendment to the federal rules "deletes the former provision authorizing the court, for good cause, to order discovery of any matter relevant to the subject matter involved in the action." Fed. R. Civ. P. 26, Advisory Committee Notes (2015).